| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>DENISE CARLON, ESQUIRE<br>KML LAW GROUP, PC<br>Sentry Office Plz<br>216 Haddon Ave.,Suite 406<br>Westmont, NJ 08018<br>215-627-1322<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>Toyota Lease Trust |
| In Re:<br><br>Kristin N. Massi,<br><br>Debtor. |

Case No.: 16-29266-JNP

Adv. No.: 

Chapter: 13

Hearing Date: 3/14/2017

Judge: Poslusny

## ADJOURNMENT REQUEST FOR CHAPTER 13

1.  I, _Denise Carlon, Esq._,

    ☒ am the attorney for: _Toyota Motor Lease Trust_

    ☐ am self-represented

    Phone number: 201-549-2363

    Email address: dcarlon@kmllawgroup.com

2.  I request an adjournment of the following hearing:

    Matter: Motion for Relief from Stay

    Current hearing date and time: 3/14/2017

    New date requested: 3/28/2017

    Reason for adjournment request: The underlying issue may be resolved; need additional time to complete resolution.

3. I request an adjournment of confirmation:

   Current confirmation date and time: _____

   New date requested: _____

   Reason for adjournment request: _____

   _____

   Confirmation has been adjourned _____ previous times

   Trustee payments are current through _____

   The meeting of creditors under § 341(a) of the Code  ☐ was conducted  ☐ was not conducted

4. Consent to adjournment:

   ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain

   below): _____

   _____

   _____

I certify under penalty of perjury that the foregoing is true.

Date: 3/9/2017_____              /s/ Denise Carlon_____
                                             Signature

**Pursuant to D.N.J. LBR 5071-1(b) an adjournment
request must be made not later than 3 days before the hearing.**

**NOTE: THIS FORM MUST BE SUBMITTED TO THE CHAPTER 13 TRUSTEE, AND IS NOT REQUIRED WHEN SEEKING THE ADJOURNMENT OF A 341(a) MEETING OF CREDITORS.**

**OFFICIAL USE ONLY:**

The request for adjournment is:

☒ Granted            New hearing date:  3/28/17 at 10 am            ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____   ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/1/15*

2