UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Mitchell Lee Chambers, Esq.
602 Little Gloucester Road, Suite 5
Blackwood, NJ 08012
Phone: 856-302-1778

**Order Filed on March 6, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re:

Kristin Massi

Case No.: 16-29266

Chapter 13

Judge: JNP

ORDER

**DATED: March 6, 2018**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

This matter having been presented to the Court by Mitchell Lee Chambers and, for good cause it is ORDERED that:

1. The case may be reopened.

2. If the debtor has not already done so, then within 14 days of the date of this order, the Debtor must file the Certification about a Financial Management Course.

3. The debtor's discharge shall be entered upon the filing of the Certification About a Financial Management Course

4. If the Debtor fails to file the Certification about a Financial Management Course within 14 days of this order the case will be reclosed without entry of the discharge and without further notice from the Court.